UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YUA XIONG,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>WILLIAM BARR, et al.,<br><br>　　　　　　　　Respondent. | CASE NO. C20-82-BAT<br><br>**ORDER GRANTING MOTION TO DISMISS** |

The GRANTS Respondent's motion to dismiss, Dkt. 7, which Petitioner does not oppose because he is no longer in custody, Dkt. 8, and ORDERS the case is dismissed with prejudice.

DATED this 20th day of March, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING MOTION TO DISMISS - 1